THE ENGINEERS CLUB OF DAYTON, APPELLEE, *v.* DONAHUE, TAX COMMR., APPELLANT.

(No. 40160—Decided November 30, 1966.)

*Messrs. Smith & Schnacke* and *Mr. Howard N. Thiele, Jr.,* for appellee.

*Mr. William B. Saxbe,* attorney general, and *Mr. Jon A. Ziegler,* for appellant.

*Per Curiam.* This cause is in this court on appeal from a decision of the Board of Tax Appeals reversing an order of the Tax Commissioner levying a personal property tax assessment against the appellee herein. The facts are set forth in the decision of the Board of Tax Appeals, reported in 8 Ohio Misc. 100. The facts as found by the Board of Tax Appeals are supported by the record.

The decision of the board is affirmed on authority of *Kirtland Country Club Co.* v. *Bowers, Tax Commr.,* 174 Ohio St. 116.

*Decision affirmed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, RUTHERFORD and BROWN, JJ., concur.

RUTHERFORD, J., of the Fifth Appellate District, sitting for SCHNEIDER, J.